UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA             :     INDICTMENT

       - v. -                       :

                                     :     20 Cr. 104

ANDRE DECKER,                        :

       Defendant.                    :

- - - - - - - - - - - - - - - - - X

## COUNT ONE

(Felon in Possession)

The Grand Jury charges:

On or about January 26, 2020, in the Southern District of New York and elsewhere, ANDRE DECKER, the defendant, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly and intentionally did possess, in and affecting commerce, a firearm, to wit, a loaded Smith and Wesson 9 mm model 639 firearm with serial number TAT3313, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)

_____          _____
FOREPERSON                         GEOFFREY S. BERMAN
                                   United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ANDRE DECKER,

Defendant.

---

INDICTMENT

20 Cr.

(18 U.S.C. §§ 922(g)(1) and 2.)

GEOFFREY S. BERMAN
United States Attorney

*[signature]*
Foreperson