UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

ANDRE DECKER,

                  Defendant.

No.  20 Cr. 104-01  (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Defendant, Andre Decker, having made an application to be temporarily released, pursuant 18 U.S.C. § 3142(i), based on compelling medical reasons and having placed his medical condition at issue,

It is hereby ORDERED that the Bureau of Prisons[1] release to Defendant's counsel of record, Andrew G. Patel, Esq., within five business days of this Order:

(1) Defendant's complete medical records from the time he/she entered into the custody of the Bureau of Prisons to the present, and

(2) any documents or other records relating to the Bureau of Prisons' designation of the Defendant as "high risk" in regard to the ongoing COVID-19 pandemic.

Dated:   April 8, 2020
         White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2020

---

[1] The term Bureau of Prisons shall be interpreted to include any state facility wherein a federal detainee/defendant is being housed.