UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------x

UNITED STATES OF AMERICA

        -against-

ANDRE DECKER,

               Defendant.

-----------------------------------------------x

**ORDER**

20 Cr. 104 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case _____ANDREW PATEL_____ is hereby ordered substituted
                                               Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to CJ.A. attorney

_____DOMENICK PORCO_____.
      Attorney's Name

SO ORDERED.

*[signature]*
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New YORK
           Sept. 11, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2020