UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

ANDRE' DECKER

                               Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 104(NSR ) ( )

Defendant ____ANDRE' DECKER_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ ~~Conference Before a Judicial Officer~~ GUILTY PLEA

_Andre' Decker/ADK (with permission)_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_[signature]_
Defendant's Counsel's Signature

__ANDRE' DECKER_____
Print Defendant's Name

_DOMENICK J. PORCO_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/29/2020
Date

_Andrew Krause_
~~U.S. District Judge~~/U.S. Magistrate Judge