UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

ANDRE DECKER,

                Defendant.

-------------------------------------------------------x

**ORDER**

20 Cr. 104 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The Court re-appoints C.J.A. counsel Domenick Porco for the limited purpose of handling Defendant's compassionate release motion.

SO ORDERED.

Dated: White Plains, New York
December 1, 2021

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2021