UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

            -against-

ANDRE DECKER,

            Defendant(s).
-------------------------------------------------------x

**ORDER**

20 Cr. 104 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

      The Court grants the request of current C.J.A. counsel Domenick Porco to be relieved as counsel and appoints C.J.A. counsel Richard Willstatter for the limited purpose of handling Defendant's compassionate release motion.

      The briefing schedule for Defendant's motion for compassionate release is as follows: moving/supplemental papers shall be filed on January 18, 2022; opposition papers shall be filed on February 8, 2022; and reply papers, if any, shall be filed on February 18, 2022.  The parties are directed to provide chambers with two hard courtesy copies (and one electronic copy emailed to chambers) as the respective papers are filed.

SO ORDERED.

Dated: White Plains, New York
          December 16, 2021

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2021