**Green & Willstatter**
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

| | | |
|---|---|---|
| USDC SDNY | | |
| DOCUMENT | | |
| ELECTRONICALLY FILED | | |
| DOC #: _____ | | |
| DATE FILED: 2/14/2022 | | |

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

February 14, 2022

Hon. Nelson S. Román
United States District Court
300 Quarropas Street
White Plains, New York 10601

                          Re: <u>United States v. Decker</u>
                                20 Cr. 104 (NSR)

Dear Judge Román:

      This is an application for a two-week extension of time for the filing of the defendant's reply papers. According to the Court's December 16, 2021 order, the defendant's reply is due to be filed on February 18, 2022.

      I mailed a copy of the government's papers with the sealed materials to Andre Decker the day they were filed, on February 8, 2022. As of February 12, 2022, Mr. Decker had not received the package I mailed to him at USP Canaan, his place of imprisonment. In addition, on February 9, 2022, I emailed staff there to request a phone conference with my client and then on February 11, 2022, I called to request such a conference, but have received no response at all from BOP staff.

      A two-week extension would require filing by March 4, 2022.

      Please note that I will be away February 23-26, 2022.

                                                    Very truly yours,

Dated: February 14, 2022
       White Plains, NY
                                                 /s/ Richard Willstatter
                                               RICHARD D. WILLSTATTER

**MEMO ENDORSED**

Defendant's request for an extension is granted. Defendant is directed to file his reply on or before March 4, 2022. The Clerk of Court is kindly directed to terminate the motion at ECF No. 57.

SO ORDERED:

*[signature]*

NELSON S. ROMÁN
United States District Judge