**MEMO ENDORSED**

# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN            (914) 948-5656
RICHARD D. WILLSTATTER       FAX (914) 948-8730            E-MAIL: WILLSTATTER@MSN.COM

December 1, 2023

Hon. Nelson S. Román
United States District Court
300 Quarropas Street
White Plains, New York 10601

          Re: <u>United States v. Decker</u>
            20 Cr. 104 (NSR)

Dear Judge Román:

  This is an application for appointment to represent Andre Decker pursuant to the Criminal Justice Act in connection with a violation of supervised release. I was assigned to litigate his compassionate release motion and the subsequent appeal from the denial of that motion.

  I have learned from the United States Probation Officer that Mr. Decker is detained and will be brought before the Court sometime in the next two weeks. His arrest in the NDNY was noted on the docket yesterday.

              Very truly yours,

              */s/ Richard Willstatter*
              RICHARD D. WILLSTATTER

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/01/2023

**The Court GRANTS defense counsel's request to be appointed as CJA counsel for Deft. in connection with Deft.'s VOSR. Clerk of Court is requested to terminate the motion at ECF No. 82.**
**Dated: December 1, 2023**
    **White Plains, NY**

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE