UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                         Plaintiff,                      **SCHEDULING ORDER**

     -against-                                    20 Cr. 104 (NSR)

ANDRE DECKER,

                        Defendant.
-------------------------------------------------------X

The Preliminary Hearing scheduled for December 13, 2023 at 10:00 a.m. is adjourned to 11:00 a.m. on the same date before Magistrate Judge Judith C. McCarthy in Courtroom 421. By 5:00 p.m. on December 11, 2023, counsel are directed to submit a letter containing their respective legal positions and a list of any witnesses they intend to call or exhibits they intend to use during the hearing.

Dated: December 8, 2023
       White Plains, New York

                                                  **SO ORDERED:**

                                                  _____
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge