UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                            Plaintiff,                    **RESCHEDULING ORDER**

    -against-                                     20 Cr. 104 (NSR)

ANDRE DECKER,

                            Defendant.
-------------------------------------------------------X

The Preliminary Hearing scheduled for December 13, 2023 at 11:00 a.m. is adjourned to 2:00 p.m. on the same date before Magistrate Judge Judith C. McCarthy in Courtroom 421.

Dated: December 8, 2023
       White Plains, New York

                                                    **SO ORDERED:**

                                                    _____
                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge