```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/04/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               -against-                                20-CR-104 (NSR)

ANDRE DECKER,                                        ORDER

                              Defendant.

NELSON S. ROMÁN, United States District Judge:

    WHEREAS, Andre Decker, the defendant in the above-captioned case, has been granted *pro se* status by this Court and will be defending himself; and

    WHEREAS, this Court has scheduled a February 6, 2024 hearing/trial in this case for which Andre Decker, the defendant, is to appear and defend against allegations of violating his terms of supervise release; and

    WHEREAS, Andre Decker, the defendant, is currently detained at the Hudson County Correctional Center ("HCCC"); and

    WHEREAS, his assigned stand-by counsel, Richard D. Willstatter, has represented to the Court that Andre Decker, the defendant, has been told he is only permitted to review discovery and conduct legal research at the HCCC law library for one hour per week; and

    WHEREAS, Andre Decker will need to have sufficient time to work on and prepare his defense in this violation of supervised release proceeding,

    IT IS HEREBY ORDERED, that the Warden of HCCC permit Andre Decker no less than ten (10) hours per week to review discovery and conduct legal research at the law library.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 93.

Standby Counsel is directed to serve copies of this Order on HCCC's Warden and on *pro se* Defendant, and to file proof of service with respect to each on the docket.

Dated:   January 4, 2024
        White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge