Andre Decker, Pro se Litigant(368427/14224-052)

Hudson County

30-35 Hackensack Avenue

Kearny, New Jersey 07032



Re: United States -v- Andre Decker, 20 Cr. 104

Ex Parte Motion for Funds to Obtain Expert Assistance for Defense

Dated: January 08, 2024

Honorable Nelson S. Roman

U.S. District Court for the Southern District of New York

300 Quarropas Street

White Plains, New York 10601

I hereby request funds in the form of a single payment of one-thousand-five-hundred dollars and zero cents($1,500.00). Funds payable to Attillah McKenzie(D.O,B. 02/01/1984), who is a Behavioral Technician with 17 years of experience in the field of behavioral development of troubled individuals from childhood to adulthood. I require Attillah McKenzies assistance as an expert for the preparation of my defense.

Respectfully Submitted,

_____

Andre Decker, Pro Se

Anda Decker (368127/14224-...)
Hudson County
30-35 Hackensack Avenue
Kearny, New Jersey 07032

DV DANIELS NJ 070
10 JAN 2024 PM 7

US POSTAGE PITNEY BOWES
ZIP 07306 $ 000.63
02 1W
0001400927 JAN 10 2024

Clerk of The Court
Honorable Nelson S. Roman
U.S. Dist. Court for the Southern Dist. N.Y.
300 Quarropas street
White Plains, New York
10601

RECEIVED
JAN 12 2024
NELSON S. ROMAN
U.S. DISTRICT JUDGE
S.D.N.Y.

Legal mail

10601-414000

Legal mail



RECEIVED
JAN 12 2024
NELSON S. ROMAN
U.S. DISTRICT JUDGE
S.D.N.Y.